THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON RIVERA, Appellant.

Beldock, P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.

In the Matter of INCORPORATED VILLAGE OF WALDEN, Petitioner, v. KENDELL W. GARRETT et al., Constituting the Town Board of the Town of Montgomery, Respondents.

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.